1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11

JEFFREY KOPICKO,

12

Plaintiff,

13

v.

14

ANTHEM LIFE INSURANCE
COMPANY; BEYOUND
BENEFITS LIFE SCIENCE
ASSOCIATION TRUST LONG
TERM DISABILITY PLAN; and
DOES 1 to 10, Inclusive,

15
16
17

Defendants.

18
19
20

Case No.: 3:20-cv-01524-DMS-MDD

ORDER TO DISMISS DEFENDANT
BEYOUND BENEFITS LIFE SCIENCE
ASSOCIATION TRUST LONG TERM
DISABILITY PLAN

21       Having considered the Parties' Joint Motion to Dismiss Defendant

22   Beyound Benefits Life Science Association Trust Long Term Disability Plan,

23   and for good cause appearing therefore, the Court grants the Parties' request and

24   dismisses Defendant Beyound Benefits Life Science Association Trust Long Term

25   Disability Plan without prejudice               .

26   Dated: February 4, 2021

27

28   _____
     HON. JUDGE DANA M. SABRAW