UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KOPICKO,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHEM LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No.: 20cv1524-DMS-MDD<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT AND EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[ECF No. 14] |

On February 23, 2021, the Parties jointly moved to Court to continue the Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC") due to a conflict Defendant's counsel has in another case. (ECF No. 14). Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' joint motion and **RESETS** the Early Neutral Evaluation Conference and Case Management Conference to **March 25, 2021** at **9:30 a.m.** before United States Magistrate Judge Mitchell D. Dembin. The Joint Discovery Plan and Confidential Early Neutral Evaluation Briefs shall be submitted to chambers no later than **March 18, 2021**. All other guidelines remain as previously set. (*See* ECF No. 12). The

1  parties are instructed to use the same Notice of Teleconference Information
2  Sheet.  (*See* ECF No. 13).
3      **IT IS SO ORDERED.**
4  Dated:   February 23, 2021

Hon. Mitchell D. Dembin
United States Magistrate Judge