Kevin M. Zietz, Esq. (SBN 186244)
E-mail: kevin@zietzlaw.com
LAW OFFICES OF KEVIN M. ZIETZ, PC
16055 Ventura Boulevard, Suite 650
Encino, California 91436
Tel: (818) 981-9200
Fax: (818) 981-9201

Todd Krauss, Esq. (SBN 187991)
E-mail: todd@tkrausslaw.com
LAW OFFICES OF TODD KRAUSS, APC
16055 Ventura Boulevard, Suite 650
Encino, California 91436
Tel: (818) 981-1007
Fax: (818) 322-3901

Attorneys for Plaintiff,
JEFFREY KOPICKO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KOPICKO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHEM LIFE INSURANCE COMPANY; BEYOUND BENEFITS LIFE SCIENCE ASSOCIATION TRUST LONG TERM DISABILITY PLAN; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No.: 3:20-cv-01524-DMS-MDD<br><br>ORDER<br><br>Judge: Hon. Dana M. Sabraw<br><br>Complaint Filed August 6, 2020 |

After reviewing the file and motion the court hereby makes the following order:

## ORDER

After full review of the Joint Motion and Stipulation;

Good Cause having been shown the Joint Motion and Stipulation for a Proposed Hearing Date and Procedural Process is hereby granted.

1) The paties are to follow Federal Rule of Civil Procedure 52;

2) The parties are to file their opening briefs on June 7, 202;

3) The parties are to file their opposition briefs on June 21, 202;

4) The parties are to file their reply briefs on June 28, 2021;

5) The trial date is set for August 9, 2021 at 9:00 am in Courtroom 13A.

IT IS SO ORDERED.

Dated: May 21, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court